BENJAMIN PARR, Respondent, *v.* NOAH LODER, JR., Appellant.

*Parr* v. *Loder,* 97 App. Div. 218, appeal dismissed.
(Argued May 29, 1905; decided June 6, 1905.)

MOTION to dismiss an appeal taken by permission of a judge of the Court of Appeals from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 15, 1904, affirming a judgment in favor

of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that an appeal herein had been heretofore taken and dismissed by this court, with costs; that at the time of the application to the judge who granted permission to take the present appeal, the said costs were unpaid and, therefore, the defendant was stayed from making any motion or application to the Court of Appeals or to the judges thereof, and that the application to the Appellate Division for leave to appeal (which application had to be made there before leave could be granted by a judge of the Court of Appeals) was not made within the time required by section 1310 of the Code of Civil Procedure.

*Ralph Earle Prime, Jr.,* for motion.

*Joseph W. Middlebrook* opposed.

Motion granted, with ten dollars costs only.